# United States Court of Appeals
*for the*
# Third Circuit

Case Nos. 22-1417, 22-1484

LONTEX CORP,

*Plaintiff-Appellee-Cross-Appellant,*

– v. –

NIKE INC,

*Defendant-Appellant-Cross-Appellee.*

ON APPEAL FROM AN ORDER OF THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA, CASE NO. 2-18-CV-05623
HONORABLE MICHAEL M. BAYLSON

## MOTION FOR LEAVE TO LODGE
## PHYSICAL TRIAL EXHIBITS

MARC E. MILLER
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4500
marc.miller@dlapiper.com

GINA L. DURHAM
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, California 94105
(415) 836-2500
gina.durham@dlapiper.com

ILANA H. EISENSTEIN
BEN C. FABENS-LASSEN
DLA PIPER LLP (US)
1650 Market Street
One Liberty Place, Suite 5000
Philadelphia, Pennsylvania 19103
(215) 656-3300
ilana.eisenstein@dlapiper.com
ben.fabens-lassen@dlapiper.com

STANLEY J. PANIKOWSKI
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, California 92101
(619) 699-2700
stanley.panikowski@dlapiper.com

*Attorneys for Defendant-Appellant-Cross-Appellee Nike Inc*

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 and Third Circuit LAR 26.1, Appellant/Cross-Appellee NIKE, Inc. makes the following disclosure:

I.    For non-governmental corporate parties please list all parent corporations:

**NIKE, Inc. has no parent corporation.**

II.    For non-governmental corporate parties please list all publicly held companies that hold 10% or more of the party's stock:

**No publicly held company holds 10% or more of NIKE, Inc.'s stock.**

III.    If there is a publicly held corporation which is not a party to the proceeding before this Court but which has as a financial interest in the outcome of the proceeding, please identify all such parties and specify the nature of the financial interest or interests:

**NIKE is not aware of any publicly held corporation that is not a party to this case that has a financial interest in the outcome of this proceeding.**

- 2 -

IV.    In all bankruptcy appeals counsel for the debtor or trustee of the bankruptcy estate must list: 1) the debtor, if not identified in the case caption; 2) the members of the creditors' committee or the top 20 unsecured creditors; and, 3) any entity not named in the caption which is an active participant in the bankruptcy proceeding. If the debtor or trustee is not participating in the appeal, this information must be provided by appellant.  **N/A**

Dated:  January 13, 2022

*/s/ Ilana H. Eisenstein*
Ilana H. Eisenstein
DLA PIPER LLP (US)
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA 19103-7300
Tel: 215.656.3300

*Counsel for Appellant/Cross-Appellee NIKE, Inc.*

Appellant/Cross-Appellee NIKE, Inc. ("NIKE") respectfully moves for leave to lodge with the Court certain physical exhibits that were admitted into evidence at trial in this trademark case and referred to in NIKE's Opening Brief on appeal (filed on September 21, 2022), but that could not be included in the Joint Appendix due to their physical nature. Counsel for Appellee/Cross-Appellant Lontex Corporation ("Lontex") has informed NIKE's counsel that Lontex does not oppose this Motion.

This appeal arises out of a trademark action that Lontex filed against NIKE concerning NIKE's use of "cool compression" in the style names of certain "NIKE PRO" apparel. During the jury trial, NIKE offered into evidence seven NIKE garments that are among the NIKE products at issue in this case. The district court admitted these seven garments into evidence. Those garments are part of the trial record that the jury considered in rendering its verdict and were formally marked at trial as DX-2000, DX-2001, DX-2002, DX2003, DX-2004, DX-2037, and DX-2039. *See* Joint Appendix at A359, A363, A519, A1298-300, A1322-23 (trial transcript pages reflecting admission of these exhibits at trial). NIKE appealed, Lontex cross-appealed, and NIKE referred to and relied upon features of these physical exhibits in its Opening Brief.

NIKE now seeks leave to lodge those seven physical trial exhibits with the Court so that they are available for inspection by the judges that will ultimately decide these appeals. Because this evidence is part of the district court record and

- 2 -

was considered by the jury when rendering its verdict, NIKE submits that these exhibits should be available to this Court as well.

The seven NIKE garments that NIKE intends to lodge with the Court are small enough to fit in a single, standard-sized banker's box. Each garment will be folded and placed in an evidence bag marked with an exhibit sticker. If this Motion is granted, NIKE will promptly deliver the box containing the exhibits to the Office of the Clerk of Court unless the Court provides different instructions.

For these reasons, NIKE respectfully requests this Court's leave to lodge physical exhibits DX-2000, DX-2001, DX-2002, DX2003, DX-2004, DX-2037, and DX-2039 with the Court for consideration in connection with these appeals.

- 3 -

Dated: January 13, 2023                     Respectfully Submitted,

*/s/ Ilana H. Eisenstein*
Ilana H. Eisenstein
Ben C. Fabens-Lassen
DLA PIPER LLP (US)
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA 19103-7300
(215) 656-3300

Stanley J. Panikowski
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101
(619) 699-2700

Gina L. Durham
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105
(415) 836-2500

Marc E. Miller
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
(212) 335-4500

*Attorneys for Appellant/Cross-Appellee NIKE, Inc.*

# CERTIFICATION OF BAR MEMBERSHIP

Pursuant to Local R. 28.3(d) and Local R. 46.1(e), I hereby certify that I, Ilana H. Eisenstein, am admitted as an attorney and member in good standing of the bar of the United States Court of Appeals for the Third Circuit.

Dated: January 13, 2023              By: /s/ *Ilana H. Eisenstein*

                                                      Ilana H. Eisenstein
                                                      DLA PIPER LLP (US)
                                                      One Liberty Place
                                                      1650 Market Street, Suite 5000
                                                      Philadelphia, PA 19103
                                                      (215) 656-3300
                                                      ilana.eisenstein@dlapiper.com

## CERTIFICATION OF COMPLIANCE

Pursuant to Fed. R. App. P. 27 and Local R. 27.1, I certify the following:

1.　　This brief complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because this brief contains 363 words, excluding the parts of the brief exempted by the Rules.

2.　　This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in Times New Roman 14-point font using Microsoft Word for Microsoft 365.

3.　　This brief complies with the electronic filing requirements of Local R. 31.1(c) because the text of the electronic brief is identical to the text in the paper copies and because Windows Defender Antivirus Version 1.1.19600.3 was run on the file containing the electronic version of this brief and no viruses were detected.

Dated:  January 13, 2023

/s/ Ilana H. Eisenstein
Ilana H. Eisenstein
DLA PIPER LLP (US)
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA 19103-7300
Tel: 215.656.3300

## CERTIFICATION OF SERVICE

I certify that, on January 13, 2023, I caused this brief to be served on all counsel of record listed on the CM/ECF Service List.

Dated:  January 13, 2022

*/s/ Ilana H. Eisenstein*
Ilana H. Eisenstein
DLA PIPER LLP (US)
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA 19103-7300
Tel: 215.656.3300